**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SULEIMAN A. QAZZA, | ) | NO. CV 12-3128-DSF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| IN THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 4/16/12

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE